

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 1, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       Re:   *Immigrant Defense Project, et al. v. U.S. Customs & Border Protection, et al.*, No. 22 Civ. 9920 (RA)

Dear Judge Abrams:

      This Office represents the defendants in the above-referenced cases brought by plaintiffs Immigrant Defense Project and Center for Constitutional Rights (collectively, "Plaintiffs"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On behalf of the parties, we write respectfully pursuant to the Court's order dated January 31, 2023, Dkt. No. 26, regarding the conference currently scheduled for Thursday, February 2.

      Counsel for the parties have agreed to appear in person, but counsel for Plaintiffs is unable to do so on February 2. The parties have conferred, and they are available the following Thursday, February 9. The parties respectfully request that the Court reschedule the conference for a time on February 9 that is convenient to the Court.

      We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ Anthony J. Sun
     ANTHONY J. SUN
     Assistant United States Attorney
     86 Chambers St., 3rd Floor
     New York, New York  10007
     (212) 637-2810

cc:    All counsel of record (by ECF)

---

This conference is hereby adjourned to February 9, 2023 at 4 p.m.  The conference will be held in Courtroom 1506 at 40 Foley Square, New York, NY.  The parties should also be prepared to answer a few questions regarding the pending motions for summary judgment in *IDP I*.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 2, 2023