**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

IMMIGRANT DEFENSE PROJECT; and CENTER FOR CONSTITUTIONAL RIGHTS,

Plaintiffs,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 22-cv-09920 (RA)

~~[PROPOSED]~~ SCHEDULING AND PROCESSING ORDER

RONNIE ABRAMS, District Judge:

The parties having appeared for a status conference on February 9, 2023, this Court hereby directs the United States Customs and Border Protection Agency ("CBP") to process the potentially responsive records at issue in the above-captioned case a rate of 835 pages per month, with a first release of non-exempt, responsive records beginning on April 9, 2023. This is the same processing rate that was agreed upon by the parties for a supplemental search in the related matter, *Immigrant Defense Project v. ICE*, No. 20-cv-10625, ECF No. 28, 30.

The Court adopts the following schedule regarding how and when records will be processed by Defendant CBP on consent:

1. Responding to the Freedom of Information Act ("FOIA") requests Plaintiffs filed in May 2022 and June 2022 (hereinafter, "FOIA 2" and "FOIA 3," respectively) Defendant CBP shall process potentially responsive records in the following order of search terms:
   a. "BORTAC" and "Chicago"

b. "BORTAC" and "Newark"
c. "elite tactical agents"
d. "flood the streets"
e. "Palladium"
f. "sub-zero"
g. "NYPD"
h. "Caitlin Dickerson"
i. "Annie Correal"
j. "Zolan Kanno-Youngs"

2. All pages shall be Bates-stamped for identification by the parties and the Court.
3. CBP shall initially process emails without attachments. After each release, Plaintiffs shall review the pages released to them by Defendant CBP, and within ten days, identify to Defendant CBP any attachments to emails that Plaintiffs want to be processed. Defendant CBP will begin processing those attachments for release beginning with the next full processing cycle (e.g., if a release is made at the end of March, and Plaintiffs identify attachments in early April, release of those responsive, non-exempt attachments will commence with the end of May release). Processing of attachments will count towards CBP's monthly processing obligations, and CBP will continue to process the remaining emails that respond to the prioritized search terms listed above. CBP need not process any email attachments not identified by Plaintiffs in accordance with this paragraph.
4. All monthly productions of records by CBP shall be accompanied by a release letter stating the number of non-exempt, responsive pages released and the number of non-responsive or exempt pages not released to Plaintiffs.
5. The parties shall submit a joint status report by June 8, 2023.

SO ORDERED.

Dated: March 8, 2023

New York, New York

Hon. Ronnie Abrams
U.S. District Court Judge